=====================================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

### NORTHERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO 1:05 -CV-01618 (LEK/DRH)**

**Francesca Gonzalez and Peter Gonzalez,**

                **Plaintiffs,**

   -against-

**L'Oreal USA, Inc.**

                **Defendant**

_____ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **XX**   **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the defendant as against the plaintiffs, in accordance with the MEMORANDUM-DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated May 24, 2007.

**DATE:** May 24, 2007                               **LAWRENCE K. BAERMAN**

                                                                       CLERK OF THE COURT

*Scott A. Snyder*

**Courtroom Deputy to the
Honorable Lawrence E. Kahn**